ANNA L. BEVILL, IN HER OWN RIGHT AND AS GUARDIAN FOR CARYL BEVILL, H. C. BEVILL, EDITH BEVILL, CURTIS BEVILL, HELEN BEVILL AND ANNA BEVILL, MINORS, *Appellants*, v. CITIZENS BANK OF BUSHNELL, A CORPORATION, *Appellee*.

En Banc.

Decision Filed May 30, 1925.

An Appeal from the Circuit Court for Sumter County, J. C. B. Koonce, Judge.

*R. B. Sturkie*, for Appellants;

No appearance for Appellee.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the

decree herein, and briefs and argument of counsel for appellants, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said decree; it is, therefore, considered, ordered and decreed by the Court that the said decree of the Circuit Court be, and the same is hereby, affirmed.

WEST, C. J., AND WHITFIELD, ELLIS AND BROWNE, J. J., concur.